WILLIAM WEINER, ESQ. (S.B. #48845)
LAW OFFICES OF WILLIAM WEINER
22 Battery Street, Suite 1000
San Francisco, CA 94111
Telephone: (415) 543-5805
Facsimile:  (415) 274-8770

Attorney for Defendant JUSTINIANO GONZALEZ-OTERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>JUSTINIANO GONZALEZ-OTERO,<br><br>          Defendant | CASE NO.  3-05-70205 JCS<br><br>[PROPOSED] ORDER MODIFYING JUSTINIANO GONZALEZ-OTERO'S PRE-TRIAL RELEASE CONDITIONS |

GOOD CAUSE EXISTING, AND FINDING THE SAME,

and the with the approval of the Pre-Trial Service Department and the Assistant United States Attorney, IT IS HEREBY ORDERED

that the terms and conditions of Defendant JUSTINIANO GONZALEZ-OTERO'S pre-trial release are modified to indicate that Defendant JUSTINIANO GONZALEZ-OTERO'S custodian, shall be changed from his sister-in-law, Norma Iris Villafana, to his son, Javier Gonzalez, leaving all other conditions unchanged.

IT IS SO ORDERED.

DATED: 7/12/05 _____

_____
NANDOR J. VADAS
Magistrate/Judge United States District Court

_____
[PROPOSED] ORDER MODIFYING JUSTINIANO GONZALEZ-OTERO'S PRE-TRIAL RELEASE CONDITIONS    Page 1