WILLIAM WEINER, ESQ. (S.B. #48845)
LAW OFFICES OF WILLIAM WEINER
22 Battery Street, Suite 1000
San Francisco, CA 94111
Telephone: (415) 543-5805
Facsimile:  (415) 274-8770

Attorney for Defendant JUSTINIANO GONZALEZ-OTERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )  CASE NO. 3-05-70205 JCS
                                    )
            Plaintiff,              )  [~~PROPOSED~~] ORDER MODIFYING
                                    )  JUSTINIANO GONZALEZ-OTERO'S
vs.                                 )  PRE-TRIAL RELEASE CONDITIONS
                                    )
JUSTINIANO GONZALEZ-OTERO,          )
                                    )
            Defendant               )
_____)

GOOD CAUSE EXISTING, AND FINDING THE SAME,

and the with the approval of the Pre-Trial Service Department and the Assistant United States Attorney, IT IS HEREBY ORDERED

that the terms and conditions of Defendant JUSTINIANO GONZALEZ-OTERO'S pre-trial release are modified to indicate that the curfew of Defendant JUSTINIANO GONZALEZ-OTERO, if any, shall be determined by the Pre-Trial Services Department, leaving all other conditions unchanged.

IT IS SO ORDERED.

DATED: 7/19/05

NANDOR J. VADAS
Magistrate/Judge United States District Court