WILLIAM WEINER, ESQ. (S.B. #48845)
LAW OFFICES OF WILLIAM WEINER
22 Battery Street, Suite 1000
San Francisco, CA 94111
Telephone: (415) 543-5805
Facsimile:  (415) 274-8770

Attorney for Defendant JUSTINIANO GONZALEZ-OTERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JUSTINIANO GONZALEZ-OTERO,<br><br>    Defendant | CASE NO. 3-05-70205 JCS<br><br>[PROPOSED] ORDER MODIFYING JUSTINIANO GONZALEZ-OTERO'S PRE-TRIAL RELEASE CONDITIONS |

GOOD CAUSE EXISTING, AND FINDING THE SAME,

and the with the approval of the Pre-Trial Service Department and the Assistant United States Attorney, IT IS HEREBY ORDERED

that the terms and conditions of Defendant JUSTINIANO GONZALEZ-OTERO'S pre-trial release are modified to permit the Pre-Trial Services Department to place Defendant JUSTINIANO GONZALEZ-OTERO in a halfway house as determined by the Pre-Trial Services Department, leaving all other conditions unchanged.

IT IS SO ORDERED.

DATED: August 17, 2005                    Nandor J. Vadas by _____
                                           NANDOR J. VADAS
                                           Magistrate/Judge United States District Court

*IT IS SO ORDERED — Judge Bernard Zimmerman, United States District Court, Northern District of California*

_____
[PROPOSED] ORDER MODIFYING JUSTINIANO GONZALEZ-OTERO'S PRE-TRIAL RELEASE CONDITIONS       Page 1